■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SMITH, Appellant. [647 NYS2d 647] —Appeal dismissed and matter remanded for dismissal of the indictment. Concur—Rosenberger, J. P., Wallach, Tom, Mazzarelli and Andrias, JJ.

■ In the Matter of JORGE SOROTE, a Suspended Attorney. [647 NYS2d 78] —Motion granted to the extent of confirming the Hearing Panel's Report and Recommendation reinstating petitioner as an attorney and counselor-at-law in the State of New York upon a demonstration of compliance with certain conditions as contained in the order of this Court. Concur—Murphy, P. J., Sullivan, Rosenberger, Wallach and Ross, JJ.